IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHAREE L. ANDERSON-TAYLOR,  *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 3:25-CV-2576-X-BW |
| FEDS,  *Defendant.* | § § § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Court will **DISMISS** the Complaint, received on September 23, 2025 (Doc. 3), with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED** this 12th day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE